**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Angel ARGUETA ANARIBA,

        Plaintiff,

   -against-

UNITED STATES OF AMERICA, et al,

        Defendants.

Case No.: 6:24-cv-01216

Judge David C. Joseph
Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Sarah Decker be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff Angel Argueta Anariba in the above described action.

SO ORDERED on this day, the ___20th___ day of September , 20 24 .

_____
Magistrate Judge Carol B. Whitehurst