**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Angel ARGUETA ANARIBA, | |
| Plaintiff, | |
| | Case No.: 6:24-cv-01216 |
| -against- | |
| UNITED STATES OF AMERICA, et al, | Judge David C. Joseph |
| | Magistrate Judge Carol B. Whitehurst |
| Defendants. | |

**ORDER**

IT IS ORDERED that Elyssa Williams be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Plaintiff Angel Argueta Anariba in the above described action.

SO ORDERED on this day, the 23rd day of September, 2024.

_____
Magistrate Judge Carol B. Whitehurst