**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| ANGEL ARGUETA ANARIBA | * | CASE ACTION NO.: 6:24-cv-01216-DCJ-CBW |
| | * | |
| | * | |
| VERSUS | * | JUDGE DAVID C. JOSEPH |
| | * | |
| UNITED STATES OF AMERICA, et al | * | MAG. JUDGE CAROL B. WHITEHURST |

**************************************************************************

## <u>ORDER</u>

Considering the foregoing Motion to Withdraw Counsel of Record Joseph L. Meadows

**IT IS ORDERED** by this Honorable Court that Mahtook and Lafluer Law Firm with

Kay A. Theunissen as lead counsel and Robert A. Mahtook, Jr and Kaliste Joseph Saloom, IV as

co-counsel and that Joseph L. Meadows of the law firm Gordon Rees Scully Mansukhani, LLP

be permitted to withdraw from this cause as counsel of record for the Defendants, The GEO

Group, Inc., FNU Deseo, FNU Freeman, and FNU Hall, and that his name be erased from the

records thereof in the above-entitled and numbered cause.

Signed in Lafayette, Louisiana this 2nd day of October, 2024.

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**