UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Angel ARGUETA ANARIBA,

         Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

         Defendants.

Case No.: 6:24-cv-01216

Judge: David C. Joseph
Magistrate Judge: Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Stephanie M. Alvarez-Jones be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff Angel Argueta Anariba in the above described action.

SO ORDERED on this, the ⎵5th⎵ day of Sept , 20 25 .

_____
U.S. Magistrate Judge Carol B. Whitehurst