UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Angel ARGUETA ANARIBA,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No.: 6:24-cv-01216<br><br><br>Judge: David C. Joseph<br>Magistrate Judge: Carol B. Whitehurst |

**ORDER**

IT IS ORDERED that Bridget Pranzatelli be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff Angel Argueta Anariba in the above described action.

SO ORDERED on this, the 5th___ day of Sept._, 20_25___.

_____
U.S. Magistrate Judge Carol B. Whitehurst