**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANGEL ARGUETA ANARIBA,** *Plaintiff*, | |
| **v.** | No. 6:24-CV-1216 |
| **UNITED STATE OF AMERICA, et al.** *Defendants.* | Judge David C. Joseph |
| | Magistrate Judge Carol B. Whitehurst |

## ORDER

Considering the foregoing Motion to Withdraw As Pro Hac Vice Counsel of Elyssa Williams [rec. doc. 54],

IT IS ORDERED by this Honorable Court that Elyssa Williams of the Bronx Defenders be permitted to withdraw from this case as pro hac vice counsel for Plaintiff and that her name be removed from the records thereof in the above-entitled and numbered cause.

_____Lafayette_____, Louisiana, this _15th_ day of _2025_, 2025.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**