UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Angel ARGUETA ANARIBA,

    Plaintiff,

 -against-

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No.: 6:24-cv-01216

Judge: David C. Joseph
Magistrate Judge: Carol B. Whitehurst

## ORDER

IT IS ORDERED that Nora Ahmed be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff Angel Argueta Anariba in the above described action.

SO ORDERED on this, the 18th day of September, 2025.

_____
U.S. Magistrate Judge Carol B. Whitehurst