**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

ANGEL ARGUETA ANARIBA       *    CASE ACTION NO.: 6:24-cv-01216-DCJ-
                                           *    CBW
                                           *

VERSUS                               *    JUDGE DAVID C. JOSEPH
                                           *

UNITED STATES OF AMERICA, et al    *    MAG. JUDGE CAROL B. WHITEHURST
*****************************************************************************

## ORDER

CONSIDERING THE FORGOING Joint Motion to Consolidate filed by the parties:

IT IS HEREBY ORDERED that the above captioned suit is hereby consolidated for all purposes with Suit Number 6:25-CV-01343.

IT IS FURTHER ORDERED that a notation of this consolidation be made in 6:25-CV-01343 and that all pleading filed in both actions from the date of this order forward shall be filed on in Case No. 6:24-CV-01216.

THUS DONE AND SIGNED this   __22nd__   day of   ____December____   2025 at   _____Lafayette_____ , Louisiana.

 

_____
HONORABLE CAROL B. WHITEHURST
MAGISTRATE JUDGE