# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| ANGEL ARGUETA ANARIBA | ) | CIVIL ACTION NO.  24-cv-01216 |
| | ) | |
| VERSUS | ) | JUDGE JOSEPH |
| | ) | |
| USA ET AL | ) | MAGISTRATE JUDGE |
| | ) | WHITEHURST |

## ORDER

Considering the Unopposed Motion to Substitute Counsel filed by Defendant, the United States of America, in the captioned proceeding,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**, and that Karen J. King, Assistant United States Attorney, is **SUBSTITUTED** as counsel of record in place of AUSA Stephanie R. Johnson, on behalf of Defendant, the United States of America, in this proceeding, and AUSA Stephanie R. Johnson is terminated from ECF notifications in this case.

**THUS, DONE AND SIGNED** this  30TH day of    December    , 2025, at Lafayette, Louisiana.

_____

**HONORABLE CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**