# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **ANARIBA** | **CASE NO.  6:24-CV-01216 LEAD** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **USA ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

For the reasons discussed at the January 15, 2026 telephone scheduling conference,

IT IS ORDERED that a bench trial is SET for February 16, 2027, before Judge Jospeh in Lafayette. The pretrial conference is SET for January 29, 2027, at 2:30 p.m. in chambers with Judge Joseph.

IT IS FURTHER ORDERED that the Clerk of Court shall issue a scheduling order.

Signed at Lafayette, Louisiana, this 15th day of January, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE