**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| ANGEL ARGUETA ANARIBA | * | CASE ACTION NO.: 6:24-cv-01216-DCJ- |
| | * | CBW |
| | * | |
| VERSUS | * | JUDGE DAVID C. JOSEPH |
| | * | |
| UNITED STATES OF AMERICA, et al | * | MAG. JUDGE CAROL B. WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION FOR PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Angel Argueta

Anariba, and Defendants the United States of America and The GEO Group, Inc., who jointly

move the Honorable Court for entry of the attached Protective Order in the above captioned matter.

Respectfully submitted

ZACHARY A. KELLER                           MAHTOOK & LAFLEUR, L.L.C.
United States Attorney


  s/ Karen J. King                              /s/Kay A. Theunissen
KAREN J. KING (#23508)                      ROBERT A. MAHTOOK, JR. #17034
Assistant United States Attorney            KAY A. THEUNISSEN, #17448
Western District of Louisiana               KALISTE JOSEPH SALOOM, IV, #35996
800 Lafayette Street, Suite 2200            600 Jefferson Street, Suite 1000 (70501)
Lafayette, Louisiana 70501                  Post Office Box 3089
Telephone:(337) 262-6618                    Lafayette, Louisiana 70502-3089
Facsimile: (337) 262-6693                   TEL:   (337) 266 – 2189
Email: karen.king@usdoj.gov                 FAX:   (337) 266 – 2303
Attorney for Defendant: United States       EMAIL:  rmathook@mandllaw.com
                                                    ktheuninssen@mandllaw.com
                                                    jsaloom@mandllaw.com
                                            Attorneys for Defendants: The GEO Group,
                                            Inc., FNU Deseo, FNU Freeman, and FNU
                                            Hall.

1

_/s/ Charles Andrew Perry_
Charles Andrew Perry
LA Bar No. 40906
Nora Ahmed*
NY Bar No. 5092374
ACLU Foundation of Louisiana
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
aperry@laaclu.org
nahmed@laaclu.org
Attorneys for Plaintiff: Angel Anariba

_/s/ Sarah E. Decker_
Sarah E. Decker
ROBERT & ETHEL KENNEDY HUMAN
RIGHTS CENTER
1300 19th Street NW, Suite 750
Washington, DC 20036
Tel.: (908) 967-3245
decker@rfkhumanrights.org
Attorneys for Plaintiff: Angel Anariba

_/s/ Sarah T. Gillman_
Sarah T. Gillman
ROBERT & ETHEL KENNEDY
HUMAN RIGHTS CENTER
88 Pine Street, 8th Floor, Suite 801
New York, New York 10005
Tel.: (646) 289-5593
gillman@rfkhumanrights.org
Attorneys for Plaintiff: Angel Anariba

_/s/ Bridget Pranzatelli_
Bridget Pranzatelli
Stephanie Alvarez-Jones
Yulie Landan
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW, Ste. 175 #896645
Washington, DC 20009
Tel: (504) 940-4777
bridget@nipnlg.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery          ( ) Prepaid U.S. Mail

( ) Facsimile             ( ) Federal Express

( ) Electronic Mail       ( X ) CM/ECF Court Filing System

Lafayette, Louisiana this 29th day of April 2026.

_/s/ Kay A. Theunissen_
KAY A. THEUNISSEN

2