# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ANGEL ARGUETA ANARIBA** | ) | **CIVIL ACTION NO:  2:24-cv-01216 LEAD** |
| | ) | |
| **VERSUS** | ) | **JUDGE JOSEPH** |
| | ) | |
| **UNITED STATES OF AMERICA, *ET AL.*** | ) | **MAGISTRATE JUDGE WHITEHURST** |
| | ) | |

## ORDER

Considering the Motion to Substitute Counsel filed by Defendant, United States of America, in the captioned proceeding,

**IT IS HEREBY ORDERED** that said motion is hereby **GRANTED**, and that Jennifer B. Frederick, Assistant United States Attorney, is **SUBSTITUTED** as trial counsel in place of Karen J. King for Defendant in this proceeding.

**THUS DONE AND SIGNED** this  27th  day of _____May_____, 2026, at Lafayette, Louisiana.

_____

**HONORABLE CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**